GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
FEDERAL HOME LOAN MORTGAGE
CORPORATION aka FREDDIE MAC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACKSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION aka FREDDIE MAC,<br><br>　　　　　Defendant. | Case No. C07-00559 MMC<br><br>**STIPULATION AND ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　This matter is currently set for an Initial Case Management Conference on May 11, 2007. In light of the fact that GayLynn Conant, counsel for defendant, Freddie Mac, is set for trial in Sonoma County on May 11, 2007 in the matter of *Elze v. The Board of Trustees of California State University*, Case No. 237663, the parties hereby stipulate to reschedule the Initial Case Management. The parties request the Initial Case Management Conference be rescheduled to June 8, 2007.

Dated: April 19, 2007

　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF JOHN L. BURRIS

　　　　　　　　　　　　　　　　　　　　　By: _____/s/ John L. Burris_____

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Michael Jackson

30463-36560 GKC 536454.1

STIP. AND ORDER RESCHEDULING
INITIAL CMC; C07-00559 MMC

Dated: April 20, 2007

                                                              LOMBARDI, LOPER & CONANT, LLP

                                                              By:       /s/ GayLynn Kirn Conant

                                                              Attorneys for Defendant Freddie Mac

**O R D E R**

IT IS HEREBY ORDERED that pursuant to the above Stipulation the Case Management Conference is continued until ~~June 8~~ June 15, 2007 at 10:30 a.m.

Dated: April __20__, 2007                         /s/ Maxine M. Chesney
                                          MAXINE M. CHESNEY
                                          UNITED STATES DISTRICT JUDGE