Dated: June 13, 2007

**HUNTER PYLE, SBN 191125**
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, California  94612

Telephone: (510) 663-9240
Facsimile: (510) 663-9241

hpyle@ssrplaw.com

Attorneys for Plaintiff
MICHAEL JACKSON

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACKSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION aka FREDDIE MAC,<br><br>        Defendant. | Case No. C 07-00559  MMC<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff MICHAEL JACKSON hereby substitutes Hunter Pyle, and Sundeen Salinas & Pyle as his attorneys of record in the above-captioned matter.

Dated: June 8, 2007

By: _____
Michael Jackson

Dated: June 8, 2007

SUNDEEN SALINAS & PYLE

By: _____
Hunter Pyle

Attorneys for Plaintiff
MICHAEL JACKSON

---

1  Dated: June 8, 2007

LAW OFFICES OF JOHN BURRIS

By: _____
John Burris

Attorneys for Plaintiff
MICHAEL JACKSON

**SUBSTITUTION OF ATTORNEY**
C 07-00559 MMC
-2-