**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACKSON, | No. C-07-0559 MMC |
| Plaintiff, | **ORDER DENYING LETTER REQUEST FOR CONTINUANCE** |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, also known as FREDDIE MAC, | (Docket No. 14) |
| Defendant. | |

The Court is in receipt of a letter,[1] filed June 8, 2007, by which plaintiff's new counsel seeks a two-week continuance of the Case Management Conference scheduled for June 15, 2007, for purposes of filing a case management statement and familiarizing himself with the file.

Because a Joint Case Management Statement has been filed by counsel for defendant and plaintiff's prior counsel, and in light of the matters already scheduled on the

---

[1] The Court ordinarily does not act on letter requests. Counsel shall submit any future requests for relief by motion noticed and filed in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules of this district.

1 | Court's June 29, 2007 calendar, the request is hereby DENIED.

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: June 13, 2007

MAXINE M. CHESNEY
United States District Judge