1  GAYLYNN KIRN CONANT, State Bar No. 161247
   gkc@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
5
   Attorneys for Defendant
6  FEDERAL HOME LOAN MORTGAGE
   CORPORATION aka FREDDIE MAC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MICHAEL JACKSON,                    Case No.  C07-00559 MMC
12        Plaintiff,                   **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(A)(2) AND ORDER THEREON**
13 v.
14 FEDERAL HOME LOAN MORTGAGE
   CORPORATION aka FREDDIE MAC,
15
         Defendant.
16

17

18        TO THE COURT AND ALL PARTIES OF RECORD:

19        Plaintiff MICHAEL JACKSON, by and through his attorneys of record, and defendant

20 FEDERAL HOME LOAN MORTGAGE CORPORATION aka FREDDIE MAC, by and through

21 their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to

22 bear its own attorneys fees and costs.

23 Dated:  October 17, 2007

24                                        LAW OFFICES OF JOHN L. BURRIS

25
                                          By:    /s/  Hunter Pyle
26
                                          Attorneys for Plaintiff Michael Jackson
27

28

30463-36560 GKC 541287.1          - 1 -          STIPULATION FOR DISMISSAL
                                                 C07-00559 MMC

1  Dated: October 17, 2007

2                                         LOMBARDI, LOPER & CONANT, LLP

3

4                                      By:   /s/  GayLynn Kirn Conant

5                                         Attorneys for Defendant Freddie Mac

6                       **ORDER DISMISSING ACTION WITH PREJUDICE**

7       The court having read and considered the foregoing stipulation, and good cause appearing,

8  IT IS SO ORDERED.

9       DATED: October 24, 2007

10

11                                    JUDGE OF THE DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

30463-36560 GKC 541287.1         - 2 -        STIPULATION FOR DISMISSAL
C07-00559 MMC

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541